IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiffs,<br><br>vs.<br><br>KENDELL TEALER,<br><br>      Defendant. | 8:15CR343<br><br>**ORDER** |

   This matter is before the court on defendant's MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS [261].  For good cause shown, I find that the motion should be granted.  The defendant will be given an approximate 7-day extension.  Pretrial Motions shall be filed by October 10, 2016.

   **IT IS ORDERED:**

   1.  Defendant's MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS [261] is granted.   Pretrial motions shall be filed on or before October 10, 2016.

   2.  Defendant is ordered to file the affidavit required by Rule 16(c), Fed. R. Cr. P. and NE. Crim. R. 12.1 forthwith.

   3.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between today's date and October 10, 2016, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

   Dated this 3rd day of October, 2016

                     BY THE COURT:

                     s/ F.A. Gossett, III
                     United States Magistrate Judge